

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 29, 2022

**BY EMAIL**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Raymil Perez,* 21 Cr. 229 (KMK)

Dear Judge Davison:

      On or about August 13, 2021, the Government applied for an order sealing the transcript of the plea hearing in this case and delaying docketing of any items related to this case until further order by this Court. The Court issued the Government's proposed order. The Court thereafter issued an order on or about November 12, 2021, extending the sealing in this matter. The Government writes, with the consent of defense counsel, to respectfully request that the docket and all associated filings in the above-referenced case be unsealed.

So ordered 3/29/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Stephanie Simon / Jim Ligtenberg
Assistant United States Attorneys
(914) 993-1920 / 1953

cc:    Guy Petrillo, Esq. (by Email)
        Lenny Sandlar, Esq. (by Email)

SO ORDERED:

_____
HON. PAUL E. DAVISION, U.S.M.J.