UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

               -against-

Raymil Perez

               Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

7:21-cr-229-KMK

Defendant Raymil Perez hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☒     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Raymil Perez**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**Leonid Sandlar**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/30/21
Date

_____
U.S. Magistrate Judge