UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Raymil Perez

Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

7:21-cr-00229-KMK

**SEALED**

Defendant Raymil Perez hereby voluntarily consents to participate in the following proceeding via  ☒ videoconferencing or ☒ teleconferencing:

☐ Initial Appearance Before a Judicial Officer

☐ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☒ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☐ Conference Before a Judicial Officer - Assignment of Counsel

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

RAYMIL PEREZ
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

LEONID SANDLAR
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5/14/21
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge